# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128654-5

K. JIN LIM, Trustee for the Bankruptcy
Estate of DAVID THAYER,
        Plaintiff-Appellee,

v

PORT HURON HOSPITAL,
        Defendant-Appellant,

and

ORTHOPEDIC ASSOCIATES OF PORT
HURON, P.C., and STEVEN HEITHOFF, D.O.,
        Defendants-Appellees.
_____/

SC: 128654-5
COA: 260530, 261111
St. Clair CC: 04-001753-NH

On order of the Chief Justice, a stipulation signed by counsel agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2005

_____
Clerk

d1213